# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AZZAH J. GANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 1:23-cv-01827 |
| | ) |
| STARBUCKS COFFEE COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Azzah Gant ("Plaintiff" or "Gant") and Defendant Starbucks Corporation d/b/a Starbucks Coffee Company ("Defendant" or "Starbucks"), by and through their undersigned representatives, hereby requests this matter be dismissed, with prejudice.

Respectfully Submitted,

| | |
|---|---|
| */s/ Andrew O. Clarke* | */s/ D'Ontae D. Sylvertooth* |
| Andrew O. Clarke, Esquire | D'Ontae D. Sylvertooth, Esq. |
| DC Bar No. 1032649 | OGLETREE, DEAKINS, NASH, |
| District Legal Group | SMOAK & STEWART, P.C. |
| 163 Waterfront Street, Suite 440 | 1909 K Street, N.W., Suite 1000 |
| National Harbor, MD 20745 | Washington, DC 20006 |
| Tel: (202)780-9144 | Tel.: (202) 887-0855 |
| Email: aclarke@districtlegalgroup.com | Email: dontae.sylvertooth@ogletree.com |

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, I caused the foregoing to be filed via the Court's CM/ECF system, which served an electronic copy to Plaintiff's counsel.

*/s/ Andrew O. Clarke*
Andrew O. Clarke, Esquire
